1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11   JENNIFER GREENE,                    )   CASE NO. 1:10-cv-00681-OWW-MSJ
                                         )
12                   Plaintiff,          )   **ORDER GRANTING STIPULATION RE**
                                         )   **DISMISSAL OF  ENTIRE ACTION AND**
13          vs.                          )   **ALL PARTIES, WITH PREJUDICE**
                                         )
14                                       )
     I.Q. DATA INTERNATIONAL, INC.,      )
15                                       )
                     Defendant.          )
16                                       )
                                         )
17                                       )
                                         )
18   ─────────────────────────────────

19          The Court has reviewed the Stipulation of Defendant I.Q. DATA INTERNATIONAL, INC.

20   ("Defendant"), by and through its respective counsel of record, Robert D. Berglund, and by Plaintiff

21   JENNIFER GREENE ("Plaintiff"), by and through her respective counsel of record, Todd M.

22   Friedman, to dismiss the above-entitled action, with prejudice, in its entirety.  Pursuant to the

23   Stipulation between the parties, the Court orders as follows:

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

06731.00/176006

1        1.      That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to

2   FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

3

4   **IT IS SO ORDERED:**

5

6

7   IT IS SO ORDERED.

8   **Dated:   July 14, 2011**                          **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045

ORDER GRANTING STIPULATION RE DISMISSAL

06731.00/176006